ELIZABETH BERGMAN, Respondent, v. ANTONIO SANTAMARIA, Appellant.— Motion for a stay denied. The real issue in this case is contained in the equitable defense. If, after a trial of that issue, a law issue survive on the complaint, the Special Term may accord to plaintiff the benefit of a trial of that issue at Trial Term. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ.

PATRICIA ESTRIN, Appellant, v. 586 FIFTH AVENUE CORPORATION, Respondent. — Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

FORSYTHE PLUMBING AND HEATING CORPORATION, Appellant, v. THE LORIMER STORAGE WAREHOUSES, INC., and Another, Defendants; THE LORIMER HOLDING CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED HALPIN, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

CYRIL J. REDMOND and ARTHUR H. PELTERSON, as Receivers, etc., of Premises Known as and by the Street Number 16 COURT STREET, BOROUGH OF BROOKLYN, CITY OF NEW YORK, Appellants, v. LEWIS ABRAMSON and MARTIN J. LIST, Respondents.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

FRIEDA WILDER, Respondent, v. ROGOW CONSTRUCTION CORPORATION and Others, Appellants, and Another, Defendant.— In view of the decision of the appeal herein [post, p. 753], decided herewith, the motion to dismiss the appeal is dismissed. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

CLEMENT ADES, Appellant, v. MARTHA SCHWARTZ and Another, Respondents.— Action to recover damages for personal injuries sustained by plaintiff, who, while crossing Chambers street in the borough of Manhattan, was struck by an automobile owned by defendant Martha Schwartz and operated by her husband, the other defendant. One of the issues on the trial was whether the accident happened, as plaintiff claims, at the intersection of Chambers street and Broadway, or whether, as claimed by defendants, it happened 150 feet east of Broadway. The appeal is from an order setting aside as against the weight of the evidence a verdict of $1,000 in plaintiff's favor. Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.